IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
HONORABLE MARCIA S. KRIEGER

| Courtroom Deputy: | Patricia Glover | Date: November 19, 2012 |
| Court Reporter: | Terri Lindblom | |
| Probation Officer: | Katrina Devine | |

Criminal Action No. 12-cr-00073-MSK

*Parties*:                                                         *Counsel*:

UNITED STATES OF AMERICA,                  Richard Hosley

      Plaintiff,

v.

FRANCINE A. PADILLA,                                Matthew Belcher

      Defendant.

---

### SENTENCING MINUTES
---

**1:45 p.m.**     **Court in session**.

Defendant present on bond.

**Change of Plea Hearing on June 8, 2012. Defendant pled guilty to Counts 4-9; 10-11 of the Indictment.**

Parties received and reviewed the presentence report and all addenda.

The parties **do not** dispute the facts contained in the presentence report.

The parties **do not** dispute the calculation of the sentence under the Federal Sentencing Guidelines as set forth in the original presentence report.

The Government **does** request departure **(Doc. #63)**. Argument.

The defendant **does** contend that the sentence should be different from that calculated under the Sentencing Guidelines in light of the sentencing objectives set forth in 18 U.S.C. Section 3553(a). **(Doc. #60)** Argument.

Allocution. - Statements made by: The defendant, defense counsel.

After consideration of the provisions of 18 U.S.C. 3553 (a), the Court announces the sentence it intends to impose as reflected in the record. Counsel are offered the opportunity for further argument. No further argument.

**ORDER:**     The Government's Motion for Downward Departure **(Doc. #63)** is **GRANTED**.

**ORDER:** Defendant's Motion for Non-Guideline Sentence (**Doc. #60**) is **GRANTED in part and DENIED in part.**

**THE DEFENDANT IS SENTENCED AS REFLECTED IN THE RECORD.**

The defendant is advised of her right to appeal.

**ORDER:** Defendant shall surrender to the facility designated by the United States Bureau of Prisons.

**ORDER:** Bond is exonerated

**2:57 p.m.** **Court in recess.**

Total Time: 1 hour 12 minutes.
Hearing concluded.